IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE * BKRTCY. NO. 13-06181 MCF

JOSE JUAN RIVERA RODRIGUEZ * CHAPTER 13
WANDA IVETTE SANTIAGO PAGAN
 *
DEBTORS

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **JOSE JUAN RIVERA RODRIGUEZ and WANDA IVETTE SANTIAGO ROMAN,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray as follows:

1. The debtors are hereby submitting an amended Chapter 13 Plan, dated April 14, 2014, herewith and attached to this motion.

2. This amendment is filed to provide a new "payment plan schedule" increasing the Plan payment to $450.00, at month 49 of the Plan, thus, increasing the Plan base to $14,750.00 to cure the "insufficiently funded" issue raised by the Chapter 13 Trustee at the 341 meeting of creditors. The proposed amended Plan also deletes the "tax refund" provision.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 14th day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **3:13-bk-6181**

**RIVERA RODRIGUEZ, JOSE JUAN & SANTIAGO PAGAN, WANDA IVETTE**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                          ☑ AMENDED PLAN DATED: **4/14/2014**
☐ PRE ☐ POST-CONFIRMATION                       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **49** = $ **9,800.00**
$ **450.00** x **11** = $ **4,950.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **14,750.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **14,750.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,881.00**

Signed: **/s/ JOSE JUAN RIVERA RODRIGUEZ**
           Debtor

        **/s/ WANDA IVETTE SANTIAGO PAGAN**
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
# **71010011671636** # _____ # _____
$ **9,514.36** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**         Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO POPULAR  PR                       US Bankruptcy Court District of P.R.
0104-3                                   MARTINEZ & TORRES LAW OFFICES PSC       Jose V Toledo Fed Bldg & US Courthouse
Case 13-06181-MCF13                      PO BOX 192938                           300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00919-3409                 San Juan, PR 00901-1964
Old San Juan
Mon Apr 14 08:56:16 AST 2014

ASOCIACION EMPLEADOS ELA                 BANCO POPULAR DE PR                     BANCO POPULAR DE PUERTO RICO
PO BOX 364508                            PO BOX 70100                            MARTINEZ & TORRES LAW OFFICES PSC
SAN JUAN, PR  00936-4508                 SAN JUAN, PR  00936-8100                PO BOX 192938
                                                                                 SAN JUAN, PR 00919-3409
                                                                                 (787)767-8244 FAX (787)767-1183

BPPR                                     CITI                                    CLARO
ATTY MARYSOL LOPEZ                       PO BOX 6497                             PO BOX 70366
PO BOX 192938                            SIOUX FALLS, SD   57117-6497            SAN JUAN, PR   00936-8366
SAN JUAN PR 00919-3409


DPT ED/SLM                               FIRST PREMIER BANK                      LVNV Funding, LLC its successors and assigns
11100 USA PKWY                           601 S MINNESOTA AVE                     assignee of Arrow Financial Services,
FISHERS, IN 46037-9203                   SIOUX FALLS, SD 57104-4868              LLC
                                                                                 Resurgent Capital Services
                                                                                 PO Box 10587
                                                                                 Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns  LVNV Funding, LLC its successors and assigns  PR ACQUISITIONS LLC
assignee of Citibank, N.A.               assignee of IDT Carmel, Inc             PO BOX 194499
Resurgent Capital Services               Resurgent Capital Services              SAN JUAN PR 00919-4499
PO Box 10587                             PO Box 10587
Greenville, SC 29603-0587                Greenville, SC 29603-0587

Premier Bankcard/Charter                 RADIO SHACK                             SAMS
PO Box 2208                              PO BOX 8181                             PO BOX 965004
Vacaville, CA 95696-8208                 GRAY, TN  37615-0181                    ORLANDO, FL  32896-5004


SEARS                                    SERGIO A. RAMIREZ DE ARELLANO LAW OFFICE   Sallie Mae Inc. On Behalf of The
PO BOX 6189                              LCDA IRMARIE RIVERA MIRANDA             Department of Education
SIOUX FALLS, SD   57117-6189             BP CENTER STE 1022 209 MUNOZ RIVERA AVE DOE
                                         SAN JUAN, PR   00918-1009               P.O. Box 740351
                                                                                 Atlanta, GA 30374-0351

US DEPT ED                               ALEJANDRO OLIVERAS RIVERA               JOSE JUAN RIVERA RODRIGUEZ
PO BOX 4222                              ALEJANDRO OLIVERAS CHAPTER 13 TRUS      BORINQUEN VALLEY
IOWA CITY, IA   52244                    PO BOX 9024062                          233 MARTILLO STREET
                                         SAN JUAN, PR 00902-4062                 CAGUAS, PR 00725-9821


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO           WANDA IVETTE SANTIAGO PAGAN
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186                              BORINQUEN VALLEY
OCHOA BUILDING                           CAGUAS, PR 00726-0186                   233 MARTILLO STREET
500 TANCA STREET  SUITE 301                                                      CAGUAS, PR 00725-9821
SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients     26
Bypassed recipients      0
Total                   26
```